No. 95–1643.  ELLIS ET AL. *v.* UNITED AIRLINES, INC.  C. A. 10th Cir.  Certiorari denied.

No. 95–1648.  WECHSLER *v.* VIRGINIA.  Sup. Ct. Va.  Certiorari denied.

No. 95–1650.  KNAPP SHOES INC. *v.* SYLVANIA SHOE MANUFACTURING CORP.  C. A. 1st Cir.  Certiorari denied.

No. 95–1651.  SHEARSON LEHMAN BROTHERS, INC., FKA SHEARSON LEHMAN HUTTON, INC., ET AL. *v.* HUGHES, HUBBARD & REED.  Ct. App. Tex., 1st Dist.  Certiorari denied.

No. 95–1654.  ENVIRONMENTAL COALITION OF OJAI ET AL. *v.* SECRETARY OF COMMERCE ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 95–1665.  BALANDRA SCHIFFAHRTS-GESELLSCHAFT MBH & CO., KG *v.* COSTA.  C. A. 9th Cir.  Certiorari denied.

No. 95–1671.  SOFFER *v.* QUEENS COLLEGE OF THE CITY UNIVERSITY OF NEW YORK.  C. A. 2d Cir.  Certiorari denied.

No. 95–1677.  LEVIEN ET UX. *v.* COMMISSIONER OF INTERNAL REVENUE.  C. A. 11th Cir.  Certiorari denied.

No. 95–1683.  HAWES *v.* VIRGINIA.  Ct. App. Va.  Certiorari denied.

No. 95–1685.  MELKA MARINE, INC. *v.* TOWN OF COLONIAL BEACH.  Sup. Ct. Va.  Certiorari denied.

No. 95–1686.  MITRANO *v.* TOWN OF COLONIAL BEACH.  Sup. Ct. Va.  Certiorari denied.

No. 95–1701.  ARMSTRONG *v.* COMMODITY FUTURES TRADING COMMISSION.  C. A. 3d Cir.  Certiorari denied.

No. 95–1736.  PEPPER ET UX. *v.* DAMER ET AL.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.